**IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION**

**MARK CONNOR**                                                             **PLAINTIFF**
**ADC #114272**

**VS.**                   **CASE NO. 5:10CV00265 JMM/BD**

**GERALD ROBINSON, et. al.**                                  **DEFENDANTS**

## ORDER

Pending is Plaintiff's motion for continuance, which will be construed as a motion for extension of time in which to file objections to the Recommended Disposition received from Magistrate Judge Beth Deere. (Docket # 11). The motion is GRANTED. Plaintiff has up to and including October 19, 2010 in which to file his objections.

IT IS SO ORDERED this 8th day of October, 2010.

_____
James M. Moody
United States District Judge