**IN THE UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF ARKANSAS**
**PINE BLUFF DIVISION**

**MARK CONNOR,**
**ADC # 114272**                                                                        **PLAINTIFF**

**V.**                            **No. 5:10CV00265 JMM-BD**

**GERALD ROBINSON,** *et al.*                                                          **DEFENDANTS**

## ORDER

The Court has received the Recommended Disposition from Magistrate Judge Beth Deere.  After careful review of the recommendation, the objections received, as well as a *de novo* review of the record, the Court concludes that the Recommended Disposition should be, and hereby is, approved and adopted as this Court's findings in all respects in its entirety.

Accordingly, Plaintiff's claims are DISMISSED without prejudice.  The Court certifies that an *in forma pauperis* appeal of this Order would be frivolous and not taken in good faith.  See 28 U.S.C. § 1915(g).

IT IS SO ORDERED this 25th day of October, 2010.

_____
UNITED STATES DISTRICT JUDGE